No. 07-23-00207-CV

| | | |
|---|---|---|
| Global Building, LLC<br>   Appellant | § | From the 131st District Court<br>   of Bexar County |
| | § | |
| v. | | August 9, 2023 |
| | § | |
| Aulukista, LLC, Individually and<br>Derivatively on Behalf of Global<br>Windcrest II, LLC<br>   Appellee | §<br><br>§ | Opinion by Justice Yarbrough |

## J U D G M E N T

Pursuant to the opinion of the Court dated August 9, 2023, it is ordered, adjudged, and decreed that the judgment of the trial court is reversed as to Global's application to compel arbitration and that a judgment is hereby rendered staying the underlying litigation, and referring this matter to arbitration in accordance with paragraph 18.22 of the Global Windcrest II, LLC operating agreement. It is further ordered, adjudged, and decreed that the temporary injunction issued by the trial court be vacated, and remand this matter for further proceedings consistent with our opinion.

It is further ordered that appellee pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o